# EXHIBIT A

# Writ of Summons

MICHELE DONAHUE

VS.

THF INDIANA DEVELOPMENT LP, T/D/B/A/ THF INDIANA JOINT VENTURE (ET AL.)

**IN THE COURT OF COMMON PLEAS**
**OF INDIANA COUNTY, PA**
**CIVIL DIVISION**
**40TH JUDICIAL DISTRICT**

**CASE NUMBER**
11397 CD 2023

# WRIT OF SUMMONS

08/30/2023

WAL-MART STORES EAST, LP, T/D/B/A WALMART, WALMART SUPERCENTER, WALMART, AND WAL-MART SUPERCENTER

You are hereby notified that the following Plaintiff(s),

**MICHELE DONAHUE**

has commenced an action against you, which you are required to defend.

**Attorney for the Plaintiff**
ANTHONY E PATTERSON
304 ROSS ST SUITE 505
PITTSBURGH, PA 15219

Randy Degenkolb
Randy Degenkolb
Indiana County Prothonotary

INDIANA COUNTY SHERIFF
2023 AUG 31 AM10:39